3:25-cv-48-KDB

FILED
CHARLOTTE, NC
JAN 2 1 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Federal Civil Rights Claims under 42 USC § 1983

Plaintiff - Lonnie Baye

#1 Defendant - Matthew P Belic 002470 (CMPD at Steele Creek Division)
Injunctive Relief, monetary damages I am suing for the following official capacity.

#2 Defendant - Carlos Lopez (002572) K9 officer CMPD
Injunctive Relief, monetary damages I am suing for the following official capacity.

Fourth an Eight Amendment violation -
Use of force during arrest

On Sept 13 2023 my Fourth an Eight Amendment were violated, while being taking into CMPD custody. For outstanding warrants, I was facedown on my stomach with my hands behind my back and cuffed, with multiple officers standing around me, while one of the arresting officers was getting up off of my back to lift me on my feet officer (Matthew P Belic) procceeded to kick me in my face with his boots, at the time I was Hand cuffed Not Resisting and flat on my stomach. Leaving me with a knot on the side of my head, I suffer from major migrians and parionia as this is going on officer (Carlos Lopez) K9 officer is standing in front of me with the canine on leave I was already cuffed and, and down flat on my belly and secured, againe Not Resisting when officer Carlos Lopez Brought the canine Close enough to bite me deep enough to need medical attention, causing me to loseve feeling in my right foot, Both of these incidents happen the same day at the around the same time and is on (BWC) Body Worn Camrea