UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-cv-00048-KDB

| | | |
|---|---|---|
| **LONNIE RAYE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MATTHEW P. RELIC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on review of Plaintiff's Complaint [Doc. 1] filed under 42 U.S.C. § 1983.

Pro se Plaintiff Lonnie Raye ("Plaintiff") is currently detained at the Mecklenburg County Jail in Charlotte, North Carolina. He filed this action on January 21, 2025, pursuant to 42 U.S.C. § 1983, purporting to name Matthew P. Relic and Carlos Lopez as Defendants. [Doc. 1]. Plaintiff's Complaint, however, is not signed and is not on the proper form. [See id.]. In addition to complying with the Clerk's recent Order to Cure Deficiency [Doc. 2], Plaintiff must sign his Complaint before the Court will conduct its initial review. Because Plaintiff's Complaint is not on the proper form and there is no room for him to sign the final page of his Complaint, the Court will instruct the Clerk to mail Plaintiff a blank 1983 prisoner form so that he may properly submit and sign his Complaint. Plaintiff is admonished that his unsigned Complaint is not operative and will be superseded by the signed Complaint he files.

**ORDER**

**IT IS THEREFORE ORDERED** that Plaintiff shall file a signed Complaint on the proper form within thirty (30) days of this Order. If Plaintiff fails to timely file a signed Complaint, the

Court will dismiss this action without prejudice and without further notice to Plaintiff.

The Clerk is instructed to mail Plaintiff a blank 1983 prisoner form.

**IT IS SO ORDERED**.

Signed: January 24, 2025

Kenneth D. Bell
United States District Judge